FILED

11/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0551

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JADE HUNTER KERR,

     Defendant and Appellant.

O R D E R

_____

Carl B. Jensen, Jr., counsel for Appellant Jade Hunter Kerr, moves the Court to withdraw as counsel and for appointment of counsel from the Appellate Defender Division. Counsel states that he understands Kerr may wish to raise ineffective assistance of counsel as an issue on appeal and thus Jensen cannot remain as counsel since he represented Kerr at trial. Kerr has not responded to Jensen's motion to withdraw.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that the motion for appointment of counsel is GRANTED. The Appellate Defender Division shall have thirty (30) days from the date of this Order within which to file either a Notice of Appearance or a motion to rescind this Order appointing counsel. In the event Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order any additional transcripts if they have not been already ordered.

The Clerk is directed to provide a copy of this Order to counsel of record, to the Appellate Defender Division, and to Jade Hunter Kerr personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 3 2022